FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 21 2019 ★

BROOKLYN OFFICE

MEG:JMS/NM/DR
F. #2017R01254

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JEFFREY BUSH,
    also known as "Chuck,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR 19-378
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(iii), 853(a) and 853(p);
T. 18, U.S.C., §§ 3551 et seq.)

IRIZARRY, CH.J.

REYES, M.J.

THE GRAND JURY CHARGES:

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

1.    In or about and between February 2019 and August 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JEFFREY BUSH, also known as "Chuck," did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 280 grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   AUG 21 2019   ★

BROOKLYN OFFICE

IRIZARRY, CH. J.

REYES, M.J.

directly or indirectly as the result of such offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

    3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2017R01253

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK
CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

JEFFREY BUSH, also known as "Chuck,"

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(iii),
853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ /s/ Jeanne Turner
　　　　　　　　　　　　　　　　　　　　　　　*Foreperson*

*Filed in open court this* _____ *day, of* _____ A.D. 20 __

_____
　　　　　　　　　　　　　　　　　　　　　　　*Clerk*

*Jennifer M. Sasso, Assistant U.S. Attorney (718) 254-6402*

3