AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| The United States Of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  19 cr. 378 |
| Jeffrey Bush | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Bush

Date: 09/17/2019

*Attorney's signature*

Kenneth J. Montgomery 8622
*Printed name and bar number*
198 Rogers Avenue
Brooklyn NY 11225

*Address*

ken@kjmontgomerylaw.com
*E-mail address*

(718) 403-9261
*Telephone number*

(347) 402-7103
*FAX number*