

U.S. Department of Justice

United States Attorney
Eastern District of New York

NJM
F. #2017R01254

271 Cadman Plaza East
Brooklyn, New York 11201

October 21, 2019

By ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Jeffrey Bush
      Criminal Docket No. 19-378 (DLI)

Dear Chief Judge Irizarry:

  The government respectfully writes to request that the Court reschedule the conference previously scheduled for today for October 28, 2019, at 10:00 a.m. and exclude time between October 21, 2019, and October 28, 2019, from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161.

  As Your Honor is aware, the Court adjourned the status conference previously scheduled for October 21, 2019. The government requests that the Court reschedule the conference for October 28, 2019, at 10:00 a.m., a time at which the parties are both available.

  The parties hope to resolve the case short of trial and would be prejudiced in their ability to do so should they be forced to simultaneously prepare the case for trial. Accordingly, the government requests that the Court find that exclusion of time under the Speedy Trial Act is necessary to serve the ends of justice.

The government has contacted defense counsel, who has indicated that he consents to the exclusion of time.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Nicholas J. Moscow
Jennifer M. Sasso
Drew G. Rolle
Nicholas J. Moscow
Assistant U.S. Attorney
(718) 254-7000

cc: Kenneth Montgomery, Esq.

2